# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0203. SEABORN ENTERPRISE 2, LLC v. UNITED GAMING LLC.

Seaborn Enterprise 2, LLC, filed this timely application for discretionary review, seeking to appeal a superior court order dismissing Seaborn's petition for review of a Georgia Lottery Corporation ("GLC") decision and affirming the GLC's judgment. Under OCGA § 5-6-35 (a) (1) & (b), "[a]ppeals from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation, the State Board of Education, auditors, state and local administrative agencies, and lower courts by certiorari or de novo proceedings" must be initiated by filing an application for discretionary review. But the statute creating the GLC expressly provides that it is "not a state agency." OCGA § 50-27-4. A superior court order reviewing a GLC decision therefore "does not fall within the ambit of OCGA § 5-6-35 (a) (1)," and an application for discretionary review thus is not required here. *Amusement Leasing v. Ga. Lottery Corp.*, 352 Ga. App. 243, 246 (1) (834 SE2d 330) (2019).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Seaborn shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If Seaborn already has filed a notice of appeal in the superior court, then it need not file

a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 01/23/2024
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*